**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIF AKCAYLI, derivatively on behalf of SONDER HOLDINGS INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>SEAN AGGARWAL, SANJAY BANKER, CHRIS BERRY, DOMINIQUE BOURGAULT, FRANCIS DAVIDSON, MICHELLE FRYMIRE, NABEEL HYATT, FRITS DIRK VAN PAASSCHEN, GILDA PEREZ-ALVARADO, and JANICE SEARS, <br><br>　　　　Defendants, <br><br>　　and <br><br>SONDER HOLDINGS INC., <br><br>　　　　Nominal Defendant. | Case No. 2:25-cv-02060-SB (JCx) <br><br> **ORDER OF DISMISSAL** |

　　　Based on the parties' stipulation, IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), that:

　　　1.　This action is dismissed in its entirety without prejudice.

　　　2.　All parties have complied with their obligations under Rule 11 of the Federal Rules of Civil Procedure.

　　　3.　All parties to this action shall bear their own fees and costs incurred herein.

1        4.     Nominal Defendant Sonder Holdings Inc. shall provide notice of this voluntary dismissal in its next periodic filing (i.e., on Form 10-Q or Form 10-K) with the Securities and Exchange Commission following the entry of this Order of Dismissal.

Dated: September 17, 2025

                                           Stanley Blumenfeld, Jr.
                                           United States District Judge